**SILVERMANACAMPORA LLP**
Attorneys for Kenneth P. Silverman, Esq.,
The Chapter 7 Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Brett S. Silverman

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

Chapter 7
Case No.: 09-72069 (AST)

JAN RASMUSSEN and
CHERYL RASMUSSEN,

Debtors.
-----------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

**CAROL ANN GALLO-RUSSO**, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in East Northport, New York.

On February 8, 2010 deponent served the within

- **TRUSTEE'S NOTICE OF MOTION OBJECTING TO THE DEBTORS' HOMESTEAD EXEMPTIONS AND FOR THE ENTRY OF AN ORDER DISALLOWING THE HOMESTEAD EXEMPTIONS; and**

- **TRUSTEE'S MOTION OBJECTING TO THE DEBTORS' HOMESTEAD EXEMPTIONS AND FOR THE ENTRY OF AN ORDER DISALLOWING THE HOMESTEAD EXEMPTIONS with PROPOSED ORDER**

by First Class Mail delivery to the addresses listed below, said addresses designated for that purpose, by depositing a true copy of same enclosed in a properly addressed wrapper, in a depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO: **See Attached Service List**

*s/ Carol Ann Gallo-Russo*
**CAROL ANN GALLO-RUSSO**

Sworn to before me this
8th day of February, 2010.

Elisa Coates
Notary Public, State of New York
No. 4764451
Qualified in Suffolk County
Commission Expires November 30, 2010

*s/ Elisa Coates*
Notary Public



CAG/D300257v/F056834

## SERVICE LIST

**Debtors**
Jan and Cheryl Rasmussen
56 Horn Lane
Levittown, New York 11756

Debtor's Counsel
Craig D. Robins, Esq.
Law Office of Craig D. Robins
180 Froehlich Farm Boulevard
Woodbury, New York 11797

**United States Trustee's Office**
Alfred M. Dimino, Esq.
Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza
Room 560
Central Islip, New York 11722-4437

**Creditors**
PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Ameritech
P.O. Box 41067
Norfolk, Virginia 23541

GE Money Bank
c/o Recovery Management Systems Corp.
d/b/a JC Penny Credit Services
25 S.E. 2nd Avenue-Suite 1120
Miami, Florida 33131

Chase Bank USA NA
P.O. Box 15145
Wilmington, Delaware 19850-5145

Capital Recovery III LLC
c/o Recovery Management Systems Corp.
As Assignee of Capital One Installment
25 S.E. 2nd Avenue-Suite 1120
Miami, Florida 33131


CAG/D300257v/F056834